**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Cedric Demonte TRAMMELL,
Defendant–Appellant.**

**No. 09–11111
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

March 26, 2010.

Cedric Demonte Trammell, Jonesville, VA, pro se.

Michael Boysie Billingsley, Ramona C. Albin, US Attorney's Office, Birmingham, AL, for Plaintiff–Appellee.

Before TJOFLAT, EDMONDSON and FAY, Circuit Judges.

PER CURIAM:

Jeffrey D. Bramer, appointed counsel for Cedric Demonte Trammell in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Trammell's conviction and sentence under Count Three are **AFFIRMED**.